CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

__LEO WEST__
PLAINTIFF

__820 Chesapeka St__
Address (No Post Office Boxes)

__Washington DC__ __DC__ __20032__
City    State    Zip Code

Case: 1:23-cv-01268 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/4/2023
Description: Pro Se Gen. Civ. (F-DECK)

VS.    CI

__Denis Richard McDonough__
DEFENDANT

Jury Trial: [X] Yes [ ] No

__810 Vermont Ave NW__
Address (No Post Office Boxes)

__Washington DC__ __DC__ __20420__
City    State    Zip Code

## COMPLAINT

The Statement Veteran Afair

RECEIVED
MAY 4 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

__Leo West__
Original Signature (in pen)

__Leo West__
Name (if applicable, Prisoner ID No.)

__820 Chesapeka St__
Address or Facility Address

__Washington DC__ __DC__ __20032__
City    State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed