# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEO WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-01268 (UNA) |
| | ) |
| DENIS R. MCDONOUGH, | ) |
| | ) |
| Defendant. | ) |

## **DISMISSAL ORDER**

On May 10, 2023, Plaintiff was ordered to file within 30 days an Amended Complaint consistent with Federal Rule of Civil Procedure 8, or risk dismissal of the case. *See* Order, ECF No. 3 (dismissing original complaint for failure to state a claim). Plaintiff has not complied with the order. Therefore, this case is dismissed without prejudice and closed.

_____/s/_____
AMIT P. MEHTA
United States District Judge

Date: May 22, 2024